Order Filed on
11/29/2005
by Clerk U.S. Bankruptcy
Court District of New Jersey

| UNITED STATES BANKRUTPCY COURT DISTRICT OF NEW JERSEY |
|---|
| Farr, Burke, Gambacorta & Wright, P.C.<br>**Sergio I Scuteri, Esquire**<br>211 Benigno Boulevard, Suite 201<br>P. O. Box 788<br>Bellmawr, NJ  08099<br>Telephone No. (856) 931-1030<br>**SIS 0535**<br>Attorneys for General Electric Capital Corporation as successor in interest to CitiCapital Commercial Corporation |

Case No.    05-45643 GMB

| In Re:<br><br>ROBERT B. BLACKSON, fdba NO MESS JOB SITE CLEANUP<br>                                        Debtor. |
|---|

Judge: Honorable Gloria M. Burns

## CONSENT ORDER IN LIEU OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND SURRENDER OF ONE 1995 INTERNATIONAL 4900 VIN NO. 1HTSDAAN1SH216007

The relief set forth on the following page, number two (2) is hereby **ORDERED:**

**DATED: 11/29/2005**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

**(PAGE 2)**

Debtor:   ROBERT B. BLACKSON, fdba NO MESS JOB SITE CLEANUP

Case No:   05-45643 GMB

Caption of Order:   **Consent Order In Lieu of Motion for Relief From the Automatic Stay and Surrender of Vehicle**

---

This matter being opened to the Court upon the filing of a Bankruptcy Petition under Chapter 7 by debtor, Robert Blackson, fdba No Mess Job Site Cleanup on October 7, 2005 being represented by Lee Abt, attorney for debtor and Barry R. Sharer, being assigned as Trustee and Farr, Burke, Gambacorta & Wright, P.C., representing General Electric Capital Corporation as successor in interest to CitiCapital Commercial Corporation ("GECC") request that this Consent Order be entered as:

The debtor having listed one 1995 International Model 4900 with VIN number 1HTSDAAN1SH216007, ("vehicle") on the Statement of Intention to be surrendered to GECC and GECC agrees to free the debtor of all secured liens for said vehicle; and,

There is no equity in the vehicle over and above the Judgment amount of $21,817.11.

**IT IS ORDERED** as follows:

Upon entry of this Order, debtor will release vehicle to GECC

who will in turn shall be granted Relief from the Automatic Stay and further be granted permission to sell vehicle in accordance with State Law Requirements.

*Approved by Judge Gloria M. Burns November 29, 2005*

**(PAGE 3)**

Debtor:   ROBERT B. BLACKSON, fdba NO MESS JOB SITE CLEANUP

Case No:  05-45643 GMB

Caption of Order:   **Consent Order In Lieu of Motion for Relief From the Automatic Stay and Surrender of Vehicle**

---

We hereby consent to the
entry and form of the above
Consent Order.


/s/ Lee Abt
   Lee Abt, Attorney for Debtor


/s/ Barry R. Sharer,
   Barry R. Sharer, Trustee


/s/ Sergio I. Scuteri
   Sergio I Scuteri, Attorney for creditor

*Approved by Judge Gloria M. Burns November 29, 2005*